# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXOSMITHKLINE LLC (f/k/a SMITHKLINE BEECHAM CORPORATION),<br><br>Plaintiff,<br><br>v.<br><br>ROXANE LABORATORIES, INC., WATSON PHARMA, INC., WATSON PHARMACEUTICALS, INC., and WATSON LABORATORIES, INC. – FLORIDA,<br><br>Defendants. | C.A. No. 11-542-SLR |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Defendants Watson Pharma, Inc., Watson Pharmaceuticals, Inc., and Watson Laboratories, Inc. – Florida shall move, answer, or otherwise respond to Plaintiff GlaxoSmithKline LLC's Complaint in the above-captioned action is extended to and including July 25, 2011.

| | |
|---|---|
| */s/Derek J. Fahnestock*<br>Jack B. Blumenfeld (#1014)<br>Derek J. Fahnestock (#4705)<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>dfahnestock@mnat.com<br><br>*Attorneys for Plaintiff GlaxoSmithKline LLC*<br><br>Dated: July 8, 2011 | */s/ Jason J. Rawnsley*<br>Steven J. Fineman (#4025)<br>Jason J. Rawnsley (#5379)<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>fineman@rlf.com<br>rawnsley@rlf.com<br><br>*Attorneys for Defendants Watson Pharma, Inc., Watson Pharmaceuticals, Inc., and Watson Laboratories, Inc. – Florida* |

RLF1 4408117v. 1

SO ORDERED this _____ day of July, 2011.

                                                  _____
                                                  United States District Court Judge