# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXOSMITHKLINE LLC (f/k/a SMITHKLINE BEECHAM CORPORATION),<br><br>      Plaintiff,<br><br>      v.<br><br>ROXANE LABORATORIES, INC., WATSON PHARMA, INC., WATSON PHARMACEUTICALS, INC., and WATSON LABORATORIES, INC. –FLORIDA,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)  C.A. No.  11-542-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 OF DEFENDANT ROXANE LABORATORIES, INC.

Pursuant to Fed. R. Civ. P. 7.1, defendant Roxane Laboratories, Inc. ("Roxane"), a nongovernmental party, through its undersigned counsel states that Roxane is a wholly-owned subsidiary of Boehringer Ingelheim Corporation.  No publicly held corporation owns more than 10% of the stock of Roxane.

OF COUNSEL:

Kenneth G. Schuler
Stephen R. Howe
Katharine R. Rice
Latham Watkins LLP
233 South Wacker Drive, Suite 5800
Chicago, IL 60606
Tel: (312) 876-7700

Darryl Steensma
Latham Watkins LLP
12636 High Bluff Drive, Suite 400
San Diego, CA  92130
Tel: (619) 236-1234

Dated:  July 11, 2011
1019517 / 37081

POTTER ANDERSON & CORROON LLP

By:   /s/ Richard L. Horwitz
      Richard L. Horwitz (#2246)
      David E. Moore (#3983)
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, DE  19801
      Tel:  (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

*Attorneys for Defendant
Roxane Laboratories, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### **CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on July 11, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 11, 2011, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Jack B. Blumenfeld | William F. Lee |
| Derek J. Fahnestock | Lisa J. Pirozzolo |
| Morris, Nichols, Arsht & Tunnell LLP | WilmerHale LLP |
| 1201 North Market Street | 60 State Street |
| Wilmington, DE  19899 | Boston, MA  02109 |
| jblumenfeld@mnat.com | william.lee@wilmerhale.com |
| dfahnestock@mnat.com | lisa.pirozzolo@wilmerhale.com |

Christopher R. Noyes
WilmerHale LLP
399 Park Avenue
New York, NY  10022
christopher.noyes@wilmerhale.com

By:  */s/ Richard L. Horwitz*
　　　Richard L. Horwitz
　　　David E. Moore
　　　POTTER ANDERSON & CORROON LLP
　　　Tel:  (302) 984-6000
　　　rhorwitz@potteranderson.com
　　　dmoore@potteranderson.com

1019322 / 37081