IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXOSMITHKLINE LLC (f/k/a SMITHKLINE BEECHAM CORPORATION), <br><br> Plaintiff, <br><br> v. <br><br> ROXANE LABORATORIES, INC., WATSON PHARMA, INC., WATSON PHARMACEUTICALS, INC., and WATSON LABORATORIES, INC. –FLORIDA, <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 11-542-SLR ) ) ) ) ) ) ) ) ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions pro hac vice of Kenneth G. Schuler, Stephen R. Howe and Katharine R. Rice of Latham & Watkins LLP, 233 South Wacker Drive, Suite 5800, Chicago, IL 60606 and Darryl H. Steensma of Latham & Watkins LLP, 12636 High Bluff Drive, Suite 400, San Diego, CA 92130 to represent Defendant Roxane Laboratories, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys For Defendant
Roxane Laboratories, Inc.*

Dated: July 12, 2011
1019731/37081

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____ _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐   has been paid to the Clerk of the Court

☒   will be submitted to the Clerk's Office upon the filing of this motion

Dated: July 12, 2011                   Signed: */s/ Kenneth G. Schuler*
                                                               Kenneth G. Schuler
                                                               Latham & Watkins LLP
                                                               233 South Wacker Drive
                                                               Suite 5800
                                                               Chicago, IL 60606
                                                               Tel: (312) 876-7700
                                                               Kenneth.Schuler@lw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Dated: July 12, 2011          Signed: /s/ Stephen R. Howe
                              Stephen R. Howe
                              Latham & Watkins LLP
                              233 South Wacker Drive
                              Suite 5800
                              Chicago, IL 60606
                              Tel: (312) 876-7700
                              Stephen.Howe@lw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California, Illinois and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Dated: July 12, 2011    Signed: */s/ Katharine R. Rice*
                                Katharine R. Rice
                                Latham & Watkins LLP
                                233 South Wacker Drive
                                Suite 5800
                                Chicago, IL 60606
                                Tel: (312) 876-7700
                                katharine.rice@lw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Dated: July 12, 2011

Signed: */s/ Darryl H. Steensma*
Darryl H. Steensma
Latham & Watkins LLP
12636 High Bluff Drive
Suite 400
San Diego, CA 92130
Tel: (619) 236-1234
Darryl.Steensma@lw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 12, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 12, 2011, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Jack B. Blumenfeld | William F. Lee |
| Derek J. Fahnestock | Lisa J. Pirozzolo |
| Morris, Nichols, Arsht & Tunnell LLP | WilmerHale LLP |
| 1201 North Market Street | 60 State Street |
| Wilmington, DE 19899 | Boston, MA 02109 |
| jblumenfeld@mnat.com | william.lee@wilmerhale.com |
| dfahnestock@mnat.com | lisa.pirozzolo@wilmerhale.com |

Christopher R. Noyes
WilmerHale LLP
399 Park Avenue
New York, NY 10022
christopher.noyes@wilmerhale.com

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

1019322 / 37081