# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXOSMITHKLINE LLC (f/k/a SMITHKLINE BEECHAM CORPORATION),<br><br>  Plaintiff,<br><br>v.<br><br>ROXANE LABORATORIES, INC., WATSON PHARMA, INC., WATSON PHARMACEUTICALS, INC., and WATSON LABORATORIES, INC. – FLORIDA,<br><br>  Defendants. | C.A. No. 11-542-SLR |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Gary E. Hood of Polsinelli Shughart PC, 161 N. Clark Street, Suite 4200, Chicago, Illinois 60601, (312) 819-1900, and Robyn H. Ast and Karen M. Zelle of Polsinelli Shughart PC, 100 S. Fourth Street, Suite 1000, St. Louis, Missouri 63102, (314) 889-8000, to represent Defendants Watson Pharma, Inc., Watson Pharmaceuticals, Inc., and Watson Laboratories, Inc. – Florida in this action.

  */s/ Jason J. Rawnsley*
  Steven J. Fineman (#4025)
  Jason J. Rawnsley (#5379)
  Richards, Layton & Finger, P.A.
  920 North King Street
  Wilmington, Delaware 19801
  (302) 651-7700
  fineman@rlf.com
  rawnsley@rlf.com

  *Attorneys for Defendants Watson Pharma, Inc., Watson Pharmaceuticals, Inc., and Watson Laboratories, Inc. – Florida*

Dated: July 14, 2011

RLF1 4933057v. 1

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Gary E. Hood, Robyn H. Ast, and Karen M. Zelle is GRANTED.

Dated: _____ ____, 2011

_____
United States District Court Judge

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of Bars of the States of Illinois and Washington, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ■ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: July 14th, 2011

Gary E. Hood
Polsinelli Shughart PC
161 N. Clark Street
Suite 4200
Chicago, Illinois 60601
(312) 873-3653

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of Bars of the State of Illinois and Missouri, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ■ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: July 3, 2011

Robyn H. Ast
Polsinelli Shughart PC
100 S. Fourth Street, Suite 1000
St. Louis, Missouri 63102
(314) 622-6614

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of Bar of the State of Missouri, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ■ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: July 14, 2011

Karen M. Zelle
Polsinelli Shughart PC
100 S. Fourth Street, Suite 1000
St. Louis, Missouri 63102
(314) 552-6894

RLF1 4933057v. 1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2011, I caused to be electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing, and which has been served in the manner indicated below:

**BY ELECTRONIC MAIL**

Jack B. Blumenfeld (#1014)
Derek J. Fahnestock (#4705)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200
jblumenfeld@mnat.com
dfahnestock@mnat.com

Richard L. Horwitz (#2246)
David Ellis Moore (#3983)
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

/s/ *Jason J. Rawnsley*
Jason J. Rawnsley (#5379)

RLF1 4933057v. 1