IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXOSMITHKLINE LLC (f/k/a SMITHKLINE BEECHAM CORPORATION),<br><br>        Plaintiff,<br><br>        v.<br><br>ROXANE LABORATORIES, INC., WATSON PHARMA, INC., WATSON PHARMACEUTICALS, INC. and WATSON LABORATORIES, INC. – FLORIDA,<br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 11-542 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of William F. Lee, Lisa J. Pirozzolo and Christopher R. Noyes, WilmerHale LLP, 60 State Street, Boston, MA 02109 to represent GlaxoSmithKline LLC in this matter.

                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                    */s/ Jack B. Blumenfeld*

                                    Jack B. Blumenfeld (#1014)
                                    Derek J. Fahnestock (#4705)
                                    1201 North Market Street
                                    P.O. Box 1347
                                    Wilmington, DE  19899
                                    (302) 658-9200
                                    jblumenfeld@mnat.com
                                    dfahnestock@mnat.com

July 14, 2011

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: July 14, 2011

/s/ William F. Lee
William F. Lee
WILMERHALE LLP
60 State Street
Boston, MA 02109

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 7/14/11

Lisa J. Pirozzolo
WILMERHALE LLP
60 State Street
Boston, MA 02109

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 7/14/11

Christopher R. Noyes
WILMERHALE LLP
60 State Street
Boston, MA 02109

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Dated: _____          _____
                                                                    J.

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Steven J. Fineman, Esquire
>Jason J. Rawnsley, Esquire
>RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused copies of the foregoing document to be served on July 14, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Steven J. Fineman, Esquire<br>Jason J. Rawnsley, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Watson Pharma, Inc., Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc. – Florida* | *VIA ELECTRONIC MAIL* |
| Gary E. Hood, Esquire<br>POLSINELLI SHUGHART PC<br>161 North Clark Street<br>Suite 4200<br>Chicago, IL 60601<br>*Attorneys for Watson Pharma, Inc., Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc. – Florida* | *VIA ELECTRONIC MAIL* |
| Robyn H. Ast, Esquire<br>Karen M. Zelle, Esquire<br>POLSINELLI SHUGHART PC<br>100 South Fourth Street<br>Suite 1000<br>St. Louis, MO 63102<br>*Attorneys for Watson Pharma, Inc., Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc. – Florida* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for Roxane Laboratories, Inc.* | *VIA ELECTRONIC MAIL* |
| Kenneth G. Schuler, Esquire<br>Stephen R. Howe, Esquire<br>Katharine R. Rice, Esquire<br>LATHAM & WATKINS LLP<br>233 South Wacker Drive, Suite 5800<br>Chicago, IL 60606<br>*Attorneys for Roxane Laboratories, Inc.* | *VIA ELECTRONIC MAIL* |
| Darryl H. Steensma, Esquire<br>LATHAM & WATKINS LLP<br>12636 High Bluff Drive, Suite 400<br>San Diego, CA 92130<br>*Attorneys for Roxane Laboratories, Inc.* | *VIA ELECTRONIC MAIL* |

/s/ *Jack B. Blumenfeld*

---
Jack B. Blumenfeld (#1014)